UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

**Barbara Kourie**, et. al.,
        Plaintiff,

-vs-                            **ORDER OF DISCONTINUANCE**

**Samuel Anderson**, et. al.,        CV- 06-2298(FB)(RM)

        Defendant.
-------------------------------------------------X

It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

SO ORDERED.

Frederic Block
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
          June 19, 2006